[No. 15564–4–I. Division One. July 23, 1986.]

*In the Matter of* JASMINE NICOLE AMODIO.

SYLVIA AMODIO, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 80–7–00176–9, Anthony P. Wartnik, J., entered October 9, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Pekelis, JJ.

[No. 16073–7–I. Division One. July 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DARNELL WAYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–1–01298–2, Frank D. Howard, J., entered February 4, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 15643–8–I. Division One. July 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE GEOFFREY ORR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–1–01469–1, Arthur E. Piehler, J., entered October 11, 1984. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Williams, J.